

45 West 29th Street, Suite 303
New York, New York 10001

chaudhrylaw.com

> Granted.  Sentencing is hereby adjourned to July 28, 2020, at 11:00 am.
> So ordered.
> May 5, 2020
>
> *J. Paul Oetken*
> United States District Judge

**VIA ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Jorge Padilla,* 02 CR 00030 (JPO)

Your Honor:

This firm has been engaged to represent Jorge Padilla in the above-referenced matter. Last month, the Court adjourned Mr. Padilla's sentencing to June 5, 2020, upon request of his prior counsel. That was the first request for an adjournment of sentencing here.

We respectfully request an additional adjournment of Mr. Padilla's sentencing to the end of July, specifically July 28, 29, or 30th.  The reason for this second request for adjournment is the unprecedented COVID-19 pandemic. As of this writing, most federal courthouses are closed for routine, non-emergency appearances. This week, the District of Connecticut issued an order extending its closure to June 15th, and we anticipate that this District will soon follow suit in extending its current COVID protocol.

To ensure that the Court is able to hold Mr. Padilla's sentencing in person, we ask for this adjournment. The Government does not object to this request.

Very truly yours,

Priya Chaudhry

PRIYA CHAUDHRY            PRIYA@CHAUDHRYLAW.COM            212.785.5551